**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

JAMES S. WILSON and
SHELLY M. WILSON,

        Plaintiffs,

v.                                    CIVIL ACTION NO.   2:25-cv-00744

THE CHEMOURS COMPANY
FC, LLC,

        Defendant.

**MEMORANDUM OPINION AND ORDER**

Pending in this matter are the *Defendant The Chemours Company FC, LLC's Motion to Dismiss Plaintiffs' Complaint for Failure to State a Claim* (Document 6) filed on January 12, 2026, and the *Defendant The Chemours Company FC, LLC's Motion for Rule 41 Involuntary Dismissal* (Document 15) filed on May 12, 2026.  By *Administrative Order* (Document 3) entered on December 19, 2025, this action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636.

On June 1, 2026, the Magistrate Judge submitted a *Proposed Findings and Recommendation* (Document 18) wherein it is recommended that this Court grant the *Defendant The Chemours Company FC, LLC's Motion for Rule 41 Involuntary Dismissal* (Document 15) and

1

dismiss this matter from the Court's docket with prejudice. Objections to the Magistrate Judge's *Proposed Findings and Recommendation* were due by June 18, 2026.

Neither party has timely filed objections to the Magistrate Judge's *Proposed Findings and Recommendation*. The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Failure to file timely objections constitutes a waiver of *de novo* review and a party's right to appeal this Court's Order. 28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984).

Accordingly, the Court **ADOPTS** and incorporates herein the findings and recommendation of the Magistrate Judge as contained in the *Proposed Findings and Recommendation*. The Court **ORDERS** that the *Defendant The Chemours Company FC, LLC's Motion for Rule 41 Involuntary Dismissal* (Document 15) be **GRANTED**. The Court further **ORDERS** that the *Defendant The Chemours Company FC, LLC's Motion to Dismiss Plaintiffs' Complaint for Failure to State a Claim* (Document 6), as well as any additional pending motions, be **TERMINATED AS MOOT**. Lastly, the Court **ORDERS** that this matter be **DISMISSED WITH PREJUDICE** and **REMOVED** from the Court's docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Aboulhosn, counsel of record, and any unrepresented party.

ENTER:     June 24, 2026

_____
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA

2